| | |
|---|---|
| 1 | CHRISTOPHER M. LOVASZ, Esq. (SBN 303120) |
| 2 | CHARLES J. LEE, Esq. (SBN 266753) |
| | CONSUMER LEGAL SERVICES, P.C. |
| 3 | 2330 Long Beach Blvd., |
| 4 | Long Beach, CA 90014 |
| | Tel: (562) 424-3293 |
| 5 | Fax: (562) 595-1849 |
| 6 | clovasz@lemonauto.com |
| | clee@lemonauto.com |
| 7 | Attorneys for Plaintiff |
| | PETR KRIVANEK MISSPELLED AS PETR KRIVAMEK |
| 8 | |
| 9 | Sabrina C. Narain (SBN 299741) |
| | snarain@sandersroberts.com |
| 10 | Craig Farner (SBN 339818) |
| 11 | cfarner@sandersroberts.com |
| | **SANDERS ROBERTS LLP** |
| 12 | 1055 West 7th Street, Suite 3200 |
| 13 | Los Angeles, California 90017 |
| | Telephone: (213) 426-5000 |
| 14 | Facsimile: (213) 234-4581 |
| 15 | Attorneys for Defendant |
| | FORD MOTOR COMPANY |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| PETR KRIVANEK MISPELLED AS PETR KRIVAMEK, individual, | Case No. 8:22−cv−02323−CJC (JDEx) |
| Plaintiffs, | [Removed from Orange County Superior Court Case No. 30-2022-01291346-CU-BC-CJC] |
| vs. | |
| FORD MOTOR COMPANY, a Delaware Corporation; BUENA PARK LUXURY IMPORTS, INC. d/b/a BMW OF BUENA PARK, a Delaware Corporation; and DOES 1 through 20, inclusive, | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |
| Defendant. | Assigned: Hon. Corman J. Carney<br>Courtroom: 9B |

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff PETR KRIVANEK MISSPELLED AS PETR KRIVAMEK and Defendant Ford Motor Company hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 27, 2023        CONSUMER LEGAL SERVICES, P.C.

                            By:    /s/ *Charles J. Lee*
                                   Charles J. Lee
                                   Attorney for Plaintiff PETR KRIVANEK
                                   MISSPELLED AS PETR KRIVAMEK

Dated: July 27, 2023        SANDERS ROBERTS LLP

                            By:
                                   /s/ *Craig Farner*
                                   Sabrina C. Narain, Esq.
                                   Craig Farner, Esq.
                                   Attorneys for Defendant FORD MOTOR COMPANY

-1-

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Charles J. Lee, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Stipulation.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Long Beach, California; my business address is Consumer Legal Services, P.C., located at 2330 Long Beach Blvd., Long Beach, CA 90806.

On the date below, I served a copy of the foregoing document entitled:

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

on the interested parties in said case as follows:

**Served Electronically**

**Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Long Beach, California on July 27, 2023.