CHRISTOPHER M. LOVASZ, Esq. (SBN 303120)
CHARLES J. LEE, Esq. (SBN 266753)
CONSUMER LEGAL SERVICES, P.C.
2330 Long Beach Blvd.,
Long Beach, CA 90014
Tel: (562) 424-3293
Fax: (562) 595-1849
clovasz@lemonauto.com
clee@lemonauto.com
Attorneys for Plaintiff
PETR KRIVANEK MISSPELLED AS PETR KRIVAMEK

Sabrina C. Narain (SBN 299741)
snarain@sandersroberts.com
Craig Farner (SBN 339818)
cfarner@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 426-5000
Facsimile: (213) 234-4581
Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PETR KRIVANEK MISPELLED AS PETR KRIVAMEK, individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; BUENA PARK LUXURY IMPORTS, INC. d/b/a BMW OF BUENA PARK, a Delaware | Case No. 8:22−cv−02323−WLH (JDEx)<br><br>[Removed from Orange County Superior Court Case No. 30-2022-01291346-CU-BC-CJC]<br><br>**FIRST AMENDED STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Assigned: Hon. Wesley L. Hsu |

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

| | |
|---|---|
| 1  Corporation; and DOES 1 through 20, inclusive,<br>2             Defendant. | Courtroom:  9B |

3

4  Elizabeth L. Kolar, Esq. (SBN 168935)
   elizabeth@kolarandassociates.com
5  Jeanne L. Tollison, Esq. (SBN 238970)
   jeanne@kolarandassociates.com
6  **KOLAR & ASSOCIATES, A LAW CORPORATION**
7  12241 Newport Avenue
   Santa Ana, California 92705
8  Tel : (714) 544-0041
9  Attorneys for Defendant,
10 **BUENA PARK LUXURY IMPORTS, INC.
   DBA BMW OF BUENA PARK**
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff PETR KRIVANEK MISSPELLED AS PETR KRIVAMEK, Defendant Ford Motor Company and Defendant Buena Park Luxury Imports, Inc. dba BMW of Buena Park hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 27, 2023  CONSUMER LEGAL SERVICES, P.C.

By: /s/ *Charles J. Lee*
Charles J. Lee
Attorney for Plaintiff PETR KRIVANEK MISSPELLED AS PETR KRIVAMEK

Dated: July 27, 2023  SANDERS ROBERTS LLP

By:
/s/ *Craig Farner*
Sabrina C. Narain, Esq.
Craig Farner, Esq.
Attorneys for Defendant FORD MOTOR COMPANY

Dated: July 27, 2023  KOLAR & ASSOCIATES, A LAW CORPORATION

By:
/s/ *Jeanne L. Tollison*
Elizabeth L. Kolar, Esq.
Jeanne L. Tollison, Esq.
Attorneys for Defendant
BUENA PARK LUXURY IMPORTS, INC. DBA BMW OF BUENA PARK

-1-

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

# ATTESTATION OF ELECTRONIC SIGNATURES

I, Charles J. Lee, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Stipulation.

Dated: July 27, 2023            CONSUMER LEGAL SERVICES, P.C.

                                By:   /s/ *Charles J. Lee*
                                      Charles J. Lee
                                      Attorney for Plaintiff PETR KRIVANEK
                                      MISSPELLED AS PETR KRIVAMEK

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Long Beach, California; my business address is Consumer Legal Services, P.C., located at 2330 Long Beach Blvd., Long Beach, CA 90806.

On the date below, I served a copy of the foregoing document entitled:

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

on the interested parties in said case as follows:

**Served Electronically**

**Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Long Beach, California on July 27, 2023.