JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PETR KRIVANEK MISPELLED AS PETR KRIVAMEK, individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; BUENA PARK LUXURY IMPORTS, INC. d/b/a BMW OF BUENA PARK, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendant | Case No. 8:22−cv−02323−WLH− (JDEx)<br><br>[Removed from Orange County Superior Court Case No. 30-2022-01291346-CU-BC-CJC]<br><br>**ORDER RE SECOND AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE [17]**<br><br>Assigned: Hon. Wesley L. Hsu<br>Courtroom: 9B |

The Court, having reviewed the parties'[1] Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby,

---

[1] The parties originally filed a stipulation that failed to join defendant Buena Park Luxury Imports, Inc., *dba* MBW of Buena Park. (First Stipulation, Docket No. 16 at 2). The parties filed an amended stipulation, however, in which all remaining parties joined, including Buena Park Luxury, Imports, Inc., *dba* BMW of Buena Park. (Second Stipulation, Docket No. 17 at 3). This second joint stipulation complies with Fed. R. Civ. P. 41(a)(1)(A)(ii).

dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: July 31, 2023

_____
HON. WESLEY L. HSU
U.S. DISTRICT JUDGE